No. 841. WILLIAMS *v.* CITY OF OKLAHOMA CITY ET AL. Ct. Crim. App. Okla. [Certiorari granted, 393 U. S. 998.] Motion to require certification of additional parts of the record granted. *Jon F. Gray* for petitioner on the motion.

No. 1373, Misc. MAGEE *v.* CARR, JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1311, Misc. BROWN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 1014. ANDERSON's-BLACK ROCK, INC. *v.* PAVEMENT SALVAGE CO., INC. C. A. 4th Cir. Certiorari granted. *Nathaniel L. Leek* for petitioner. *Walter J. Blenko, Jr.,* for respondent.

No. 867, Misc. COLEMAN ET AL. *v.* ALABAMA. Ct. App. Ala. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.